Argued and submitted September 30, vacated and remanded November 10, 1999

## STATE OF OREGON,
*Respondent,*

*v.*

## GARRETT ISAAC STANLEY,
*Appellant.*

(96-588; CA A100434)

989 P2d 480

Louis R. Miles, Deputy Public Defender, argued the cause for appellant. With him on the brief was David E. Groom, State Public Defender.

Jonathan H. Fussner, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Armstrong, Judge, and Warren, Senior Judge.

PER CURIAM

Judgment of conviction vacated; remanded for entry of judgment of conviction for lesser-included offense of third-degree assault. *State v. Cook,* 163 Or App 578, 989 P2d 474 (1999).